

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0055

FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0055

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RANDY S. LAEDEKE,

    Defendant and Appellant.

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On June 3, 2021, Appellant Randy S. Laedeke filed a motion for extension of time to file the opening brief, and this Court granted Appellant until July 2, 2021, to do so. Appellant did not thereafter file an opening brief and on July 15, 2021, this Court ordered that Appellant file the opening brief no later than August 13, 2021. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Randy S. Laedeke and to all counsel of record.

DATED this 24 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices